IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES G. REECE,

      Plaintiff,                    No. CIV S-10-2770 JAM GGH P

    vs.

GARY SWARTHOUT, Warden,

      Defendant.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has moved to withdraw his complaint, i.e., to dismiss this action voluntarily. While defendants' motion to dismiss is pending, defendants have not yet filed an answer or a motion for summary for summary judgment. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: May 4, 2011

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
reec2770.59ggh